**Order entered August 4, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-16-01341-CR
No. 05-16-01342-CR
No. 05-16-01343-CR

**JORDAN DAVIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F14-15543-Q, F14-15544-Q & F15-45428-Q**

## ORDER

On June 19, 2017, we ordered the Dallas County District Clerk to file a supplemental clerk's record containing the items requested in appellant's June 9, 2017 "Supplemental Written Designation Specifying Matters for Inclusion in Clerk's Record" and court reporter Kendra Thibodeaux to file a supplemental reporter's record containing the items requested in appellant's June 8, 2017 "Supplemental Request for Preparation of Reporter's Record and Designation of Matters to be Included." The supplemental clerk's record was filed July 7, 2017. On July 26, 2017, court reporter Kendra Thibodeaux filed a letter informing the Court that the record being requested "is a juvenile record" and as she was not the reporter of record for those proceedings, she did not have access to those records.

In light of this, we **ORDER** court reporter Marty Grant to file, within **THIRTY DAYS** of the date of this order, a supplemental reporter's record containing the items requested in appellant's June 8, 2017 "Supplemental Request for Preparation of Reporter's Record and Designation of Matters to be Included," including:

1. Testimony taken during all hearings, including arguments and objections of counsel, and the ruling and remarks of the Court made on such testimony and arguments;

2. Testimony of all witnesses, heard in and outside the Court's presence, including questions and objections of counsel and the ruling and remarks of the Court made on such testimony;

3. Arguments and opening and closing statements of counsel, including objections of counsel and the ruling and remarks of the Court made on such arguments and objections;

4. All bills of exception and testimony thereon, including objections of counsel, and the ruling and remarks of the Court made on such bills of exception and objections;

5. Testimony taken during certification proceedings, including arguments and objections of counsel, and the ruling and remarks of the Court made on such testimony and arguments;

6. All exhibits offered or introduced into evidence; and

7. All exhibits offered or introduced for record purposes only or as part of any bill of exception.

According to appellant's request, the dates of the hearings and trial include (but are not limited to) April 16, 2014;  April 24, 2014; June 11, 2014; July 10, 2014; July 15, 2014; August 13, 2014; September 18, 2014; September 23, 2014; and the certification hearing on September 24, 2014.

Appellant's brief shall be **DUE** thirty days after the supplemental reporter's record have been filed.

/s/     ADA BROWN
JUSTICE